Herman Kennedy and Irene Kennedy, His Wife, and James Hughes and Viola Hughes, His Wife, Plaintiffs-Appellants, v. Ivar W. Turnquist, Inc., a Corporation, Defendant-Appellee.

Gen. No. 48,085. 

First District, Second Division.
January 24, 1961.
Rehearing denied February 14, 1961.

Geter & Geter, of Chicago (Howard D. Geter, Sr. and Howard D. Geter, Jr., of counsel) for appellants; Christianson & Scarry, of Chicago (J. R. Christianson and Henry J. Scarry, of counsel) for appellee. Opinion by JUSTICE BRYANT. Not to be published in full.